779 A.2d 1152

**COMMONWEALTH of Pennsylvania, Appellee**

**v.**

**Darnell WILLIAMS, Appellant.**

Supreme Court of Pennsylvania.

Argued Sept. 12, 2000.

Decided Sept. 25, 2001.

J. Richard Narvin, Pittsburgh, for appellant, Darnell Williams.

Amy E. Constantine, Pittsburgh, for appellee, Com. of PA.

230

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO and SAYLOR, JJ.

## *O R D E R*

PER CURIAM:

**AND NOW,** this 25th day of September, 2001, the appeal in the above captioned case is dismissed as improvidently granted.

Justice NEWMAN did not participate in the consideration or decision of this case.